Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LAURA J. REMINGTON,<br>　　　　　Defendant. | Docket 6:10-MJ-0151-MJS<br><br>STIPULATION TO CONTINUE<br>PLEA AND SENTENCING;<br>AND  ORDER<br>THEREON<br><br>Courtroom: Yosemite U.S. Magistrate<br>Honorable Michael J. Seng |

　　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant, LAURA REMINGTON, by and through her attorney of record, Eugene Action, that the Change of Plea and Sentencing in the above-captioned matters set for December 7, 2010, shall be continued to January 19, 2011 at 10:00 a.m.

Dated: December 3, 2010　　　　　　　　/S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　Yosemite National Park


Dated: December 3, 2010　　　　　　　　/S/ Eugene Action
　　　　　　　　　　　　　　　　　　　　Eugene Action
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　LAURA J. REMINGTON

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to continue the change of plea and sentencing for Laura Remington, now set for December 7, 2010, to December 20, 2010, at 1:30 p.m., HEREBY ORDERS AS FOLLOWS:

The Change of Plea and Sentencing now set for December 7, 2010, is continued to December 20, 2010 at 1:30 p.m.


IT IS SO ORDERED.

Dated:   December 6, 2010              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE