1  Susan St. Vincent
   Legal Officer
2  Matthew McNease
   Legal Officer
3  NATIONAL PARK SERVICE
   Law Enforcement Office
4  P.O. Box 517
   Yosemite, California   95389
5  Telephone: (209) 372-0241

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )     Docket 6:10-mj-00151-MJS
                                     )
10          Plaintiff,               )     DISMISSAL; AND ORDER
                                     )     THEREON
11          v.                       )
                                     )
12  LAURA REMINGTON,                 )
                                     )
13          Defendant.               )
   _____   )
14

15          Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave

16  of Court endorsed hereon, the United States hereby moves the Court for an order of

17  dismissal without prejudice of Count One (use of a controlled substance

18  (methamphetamine).  The Defendant has completed the terms of a Deferred Entry of

19  Judgment in that she paid $2,000 in restitution to the National Park Service,

20  completed a PC 1000 course, paid a $25 penalty assessment, and had no criminal

21  issues in an 18 month period.

22

23          Dated: February 25, 2013          .

                                                /s/ Matthew McNease
24                                              Matthew McNease
                                                Acting Legal Officer
25                                              Yosemite National Park

26

27

28

1

**ORDER**

2

3
    The Court, having reviewed the above motion and finding good cause,

4
HEREBY ORDERS AS FOLLOWS:

5
        Count One of the Criminal Complaint in case number  6:10-mj-151-MJS,

6
*United States v. Laura Remington*, is hereby DISMISSED.

7

8

9

10
IT IS SO ORDERED.

11
Dated:  ___February 26, 2013___        ___/s/ *Michael J. Seng*___

12
                  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28